IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA

FILED IN CLERK'S OFFICE
U.S.D.C. Atlanta

JUL 31 2013

JAMES N. HATTEN, Clerk
By: _____ Deputy Clerk

| | |
|---|---|
| CARYN RUSSELL,<br>Plaintiff<br><br>vs.<br><br>WELLS FARGO BANK, N. A.,<br>Defendant | CIVIL ACTION FILE<br>No. 1:13-cv-01687-AT |

PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL OF CIVIL ACTION

COMES NOW, Plaintiff, Caryn Russell, and respectfully files *Plaintiff's Notice of Voluntary Dismissal of Civil Action*.

This action was originally filed in New York State by Plaintiff through legal counsel, presently, this case has been transferred to the Northern District of Georgia, Plaintiff is not able to proceed further.

Respectfully submitted, this 26th day of July, 2013.

_____
Caryn Russell
251 White Antelope Street, #1052
Waleska, GA 30183
(404)643-6971

## CERTIFICATE OF SERVICE

I hereby Certify that I have this 26th day of July, 2013 served a true and correct copy of the foregoing *Plaintiff's Voluntary Dismissal* with the Clerk of the Court, and upon the Defendants, using USPS with postage properly affixed upon the envelop and by email notification of same to the following attorneys:

Dylan W. Howard
Linda S. Finley
Baker, Donelson, Bearman,
   Caldwell & Berkowitz, PC
3414 Peachtree Road, N.E., Suite 1600
Atlanta, GA 30326

_____
Caryn Russell
251 White Antelope Street, #1052
Waleska, GA 30183
(404)643-6971