IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| CARYN RUSSELL, : | |
| : | |
| Plaintiff, : | |
| : | CIVIL ACTION NO. |
| v. : | 1:13-CV-001687-AT |
| : | |
| WELLS FARGO BANK, N.A., : | |
| : | |
| Defendant. : | |

## **ORDER**

This foreclosure matter is currently before the Court on Plaintiff's Notice of Voluntary Dismissal [Doc. 33], which the Court treats as a Motion for Entry of Voluntary Dismissal. Plaintiff states in her Notice that she is unable to proceed further with this litigation. The Court **GRANTS** Plaintiff's Motion and **DIRECTS** the Clerk to close this case.

**IT IS SO ORDERED** this 30th day of August, 2013.

_____
**AMY TOTENBERG**
**UNITED STATES DISTRICT JUDGE**